IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SUZANNE SAVEDRA YOUNGBLOOD,

        Petitioner,               No. CIV S-02-2387 MCE KJM P

   vs.

PLACER COUNTY PROBATION DEPT.,
 et al,

        Respondents.           <u>ORDER</u>

_____/

      Petitioner is proceeding pro se with an application for a writ of habeas corpus under 28 U.S.C. § 2254.  Good cause appearing, IT IS HEREBY ORDERED that:

      1.  The Federal Defender determine whether petitioner qualifies for the appointment of counsel and inform the court within fifteen days whether his office is available to accept appointment; and

      2.  The Clerk of the Court is directed to serve a copy of petitioner's application for writ of habeas corpus and this order on David Porter, Assistant Federal Defender.

DATED:  November 29, 2005.

_____
UNITED STATES MAGISTRATE JUDGE

1 youn2387.con