1  QUIN DENVIR, Bar #49374
   Federal Defender
2  DAVID M. PORTER, Bar #127024
   Assistant Federal Defender
3  801 I Street, 3rd Floor
   Sacramento, California 95814
4  Telephone: (916) 498-5700

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| SUZANNE SAVEDRA YOUNGBLOOD, | ) | NO. CIV S-02-2387 DFL KJM P |
| | ) | |
| Petitioner, | ) | |
| | ) | **ORDER** |
| v. | ) | |
| | ) | |
| PLACER COUNTY PROBATION DEPT, et al., | ) | |
| | ) | Judge: Hon. Kimberly J. Mueller |
| Respondents. | ) | |
| _____ | ) | |

   As requested in the Request for Appointment of Counsel filed on December 20, 2005, and for the reasons stated therein, IT IS HEREBY ORDERED that Petitioner's IFP status be granted and that Ms. Catherine Campbell be appointed to represent Petitioner.  This matter is set for status on February 8, 2006 at 10:00 a.m. Petitioner's counsel shall make arrangements with the Clerk of the Court to obtain a copy of the court's file concerning this case.

Dated:  December 21, 2005.

_____
UNITED STATES MAGISTRATE JUDGE