IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SUZANNE SAVEDRA YOUNGBLOOD,

    Petitioner,                      No. CIV S-02-2387 DFL KJM P

    vs.

PLACER COUNTY PROBATION DEPT., et al,

    Respondents.                    <u>ORDER</u>

_____/

On February 15, 2006, this cause came on regularly for status conference. Catherine Campbell appeared telephonically for petitioner, Deputy Attorney General Patrick Whalen appeared for respondents. Based on the discussion occurring at the status conference, the court's file and good cause appearing, the court ordered the counsel for petitioner to inform the court within thirty days how petitioner intends to proceed with this action, and ordered both parties' counsel to submit a proposed schedule for this action. The court has not received any filings from either party. Accordingly, good cause showing, IT IS HEREBY ORDERED that the filings ordered at the February 15th hearing be made within twenty days of the filed date of this order.

DATED: March 22, 2006.

_____
UNITED STATES MAGISTRATE JUDGE

1 youn2387.oah