1  CATHERINE F. CAMPBELL, 65103
   PO Box 4470
2  Fresno, CA 93744
   Telephone (559) 498.8140
3  Facsimile (559) 221.0268

4  Attorney for Petitioner

5

6

                    UNITED STATES DISTRICT COURT
7
                    EASTERN DISTRICT OF CALIFORNIA
8

9

   SUZANNE SAVEDRA YOUNGBLOOD,    )    CV S-02-2387-DFL KJM P
10                                 )
              Petitioner,          )    **ORDER GRANTING**
11                                 )    **PETITIONER'S REQUEST FOR AN**
         v.                        )    **EXTENSION**
12                                 )    **OF TIME TO FILE TRAVERSE**
   PLACER CO. PROBATION DEPT.,     )
13 et al.,                         )
                                   )
14            Respondents.         )
                                   )
15  _____)

16

          GOOD CAUSE APPEARING, the Court hereby grants petitioner's request to extend
17
   time for filing her traverse in this matter until June 5, 2006.
18

19
   Dated:  May 8, 2006.
20

21
                                        _____
22                                      UNITED STATES MAGISTRATE JUDGE

23

24

25

26

27

28